United States District Court
Southern District of Texas
**ENTERED**
December 28, 2023
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| OSCAR ALCIDES SANDOVAL GUILLEN, (A# 240750733) § § § Petitioner, § § § vs. § § § RANDY TATE, § Respondent. § | CIVIL ACTION NO 4:23–cv–00370 JUDGE CHARLES ESKRIDGE |

**ORDER OF DISMISSAL**

This civil action is DISMISSED WITHOUT PREJUDICE for the reasons stated in the Memorandum on Dismissal entered this same date.

SO ORDERED.

Signed on December 28, 2023, at Houston, Texas.

_____
Hon. Charles Eskridge
United States District Judge